James N Hatten, Clerk of Court
1600 U.S. Courthouse
75 Spring St, SW.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
SEP, 24, 2012
JAMES N. HATTEN, CLERK
Cheryl [signature] Deputy Clerk

Regarding Indictment No. 1:12-CR-205-ODE

Dear James N Hatten, et al.,

I Cornelius Bernard Wilson, do hereby Notice you, without prejudice, of the following:

James N Hatten, et al., Until you provide me A written declaration that is made under the penalties of perjury, I can not make A legal determination about the above. Please provide the following:
1. To provide the law Compelling American to commit A crime.
2. To provide or prove up the claim
3. THE Agent's oath of office
4. THE regulatory authority and delegated Authority to address me.
5. THE contract with both signatures on it.   "NO THIRD PARTY ALLOWED"

OR immediately cease and desist the proceeding under the color of law against the party Cornelius Bernard Wilson.

## Plain STATEMENT of FACTS

A matter must be expressed for being resolved. Truth is expressed in the form for an Affidavit.

An Affidavit not rebutted stands as truth in Commerce. An Affidavit not rebutted, after thirty (30) days, becomes the judgment in Commerce. A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution or by Common Law Rule, by a Jury.

A Lawful Contract has (1) offer; (2) Consideration (3) Acceptance by all Parties for the Contract and; (4) The signatures by all Parties involved with contract. Only the parties signing the Contract can participate in the discussion of the Contract. Full disclose about the Contract is imperative.

United state of America
V.
Cornelius Bernard Wilson

Case no. 1:12-CR-205

I Woodrow R. ~~Dixon~~ never conspire or call Cornelius Wilson and plan to commit and Armed robbery of Anyone ever. And in this case no 1:12-CR-205 Cornelius Wilson, do not know Anyone in this case And the C.I in the case entrap him so he can get some time cut from his sentencing.

Furthermore I know that Cornelius Wilson, has nothing to do with his case or know Anyone in this case, but of the C.I when they talk once About Repo Cars and the sale of cars in which Cornelius Wilson, ask about a sale of a car with me so he can make some money off the sale. I Woodrow R. ~~Dixon~~ only knew Cornelius Wilson, About (1) one month and (3) three weeks and know that the C.I set Cornelius Wilson up and he don't have Anything to do with this case.

I declare of the penalty of perjury that the following Aforesaid statement is true to the best of my knowledge this 12 day of July 2012.

Notary: _Tany Neal_
Nov. 7, 2015
Commission Expires

[Notary Seal: TANYA NEAL, MY COMMISSION EXPIRES NOV. 7 2015, FULTON COUNTY, GA, NOTARY PUBLIC]

_Woodrow R. Dixon_

## Certificate of Service

This is for certifying that a true copy for the foregoing document, Verified Declaration in the nature by an Affidant for Truth in Commerce and Contract for Tort Waiver presented by we addressee, Cornelius Bernard Wilson, living soul, the agent, one for we the people under Original Common Law Jurisdiction for Georgia and United STATES contracts, the Constitution is recorded in the public records by the Clerk for the Court in the County for Fulton, Georgia This 31 day of the month Aug in the year of our lord Savior, 2012. As Notice for the agent is Notice for the principal and all other party and matters including any and all competent witness with first hand knowledge, all party(s) and all others claims pertaining for the Fiction dating back for the year it was created.

Copy TO: ATTORNEY Jeffrey P. Nauciagl, 66 Lenox Pointe NE ATL. GA 30324

By: Me-addressee Cornelius Wilson
By: Cornelius Wilson

Enc: Copy of Affidavit / Woodrow Dixion
Copy: Governor STATE of Georgia
Notary: Jim Neal
Notary Expires Nov. 7, 2015

# LETTER TO ATTORNEY

No: 1:12-CR-205

Mr. Manciagli / Attorney

Regarding: Aug 20, 2012 MEETING on
CASE # 1:12-CR-205

Please provide the following:

1. A Verification of their claim against me (A Sworn Affidavit)
2. A full Discovery
3. A fast and Speedy trial
4. Bill of particulars
5. To Suppress Evidence's and Statement
6. A copy of oath of office as an officer of the Court And where you filed it into plublic record
7. The LAW that A Lawyer can not file a complaint And Challenge Subject Matter Jurisdiction = FED R. Crim P. Rule 12 b.3.B
8. A copy of Contract with both signature "Binding Contract"

Please provide the following "under the penalty of perjury" above.

By: Cornelius Wike

Mr. JAMES D. HATTEN, CLERK

please file And send copy BACK TO:

Cornelius Wilson
Robert Deyton Detention Facility
P.O. Box 730
LOVEJOY GA. 30250
# 66749019  A2-203

AND Send Copy To Power-That-Be.

P.S.: FILE THE (3)
AND SEND BACK Copy

Respectfully
Submitted

By: Cornelius Wilson

LEAD SHEET 1 of ...

# TRUTH Affidavit and "SWORN Complaint"

In Commerce, everything must be stated in Truth. I Cornelius Bernard Wilson a living Soul do hereby solemnly declare, say, and state. (1) Cornelius Bernard Wilson A living Soul is competent for stating the matters set forth herewith; (2) Cornelius Bernard Wilson has personal knowledge about the facts stated herein; (3) Everything stated in this TRUTH Affidavit is the truth, the whole truth, and nothing but the Truth and all stated is true, correct, complete, and not misleading. NO THird Party Allowed.

## Plain STATEMENT ABOUT THE FACTS:

(A) for Resolving A Matter it must be expressed (b) IN Commerce Truth is Sovereign; (c) Truth is expressed in the Affidavit form; (d) An Unrebutted Affidavit, Under Commercial LAW, can only be satisfied by a Rebuttal about the Truth Affidavit, by payment, by agreement, by resolution by a Jury according by rules for Common LAW.

## A Lawful Contract

has (1) Offer; (2) Consideration; (3) Acceptance by all parties for the Contract and; (4) THE Signatures by All Parties involved with the Contract. Only the parties signing the Contract can participate in the discussion of the Contract. Full disclosure about the Contract is imperative.

Copy to: Attorney Jeffrey P. Manciagli
66 Lenox Pointe NE
Atl. GA 30324

2 of 9 pages
plus LEAD SHEET

"Affidavit"
"Sworn Complaint"

Aug 29,

On June 21, 2012, Brian Guyton C-I #179 Told me, Cornelius Bernard Wilson that we was going to repo a car.

I meet Brian Guyton a couple of days before that In which he told me he sale whole sale cars. and that he repo cars.

I told him I can help them sale some cars so I can make some money to buy a car. He said that he will help me get a car.

I call "Dro" to call Brian to send some pictures of the truck And the price. Which we talk on the phone by Three way. I never got the pictures.

I call Dro June 20, 2012 to call Brian never go answer back

June 21, 2012 Dro call me say he was out of town And said my fault, And said I'm going to give you Twin number (I guess cause Twin was going to meet Brian) He Hung up

3 of pages

And call back and said I gave Twin your number. He is going to call you.

Twin call and said to come with him.

When I finally got there, I seen Brian. He stated that he was going to repo a car.

He mislead me to believe that we was going to pick up a car.

I talk to him about why he didn't send the picture of the truck and the repo game.

On the way to meet the guy with the tow truck he talk about repo & sale

We got there a guy walk up and said "Four the town truck is ya'll ready to get paid. We say yea.

I said to the guy "I like that work truck. He said ya it's all about the work.

We go next door to a storage place "it was at a fast food place" He say "Brain" that they was picking the car up.

I said that This do'nt sound right, why is we picking a car up from here.

We begain to follower the tow truck to to storage and I said to brian Donot! take me in there, Brian took me with out my consent in his truck. forcefully.
— "Basicaly Kidnap"
I got out the truck and says this is A set up, An I begain to walk away, one of the guy walk in front of me pretending to be on the phone. block me from leaving.

Then I heard shots from the police / Agent's Twin was struck in the back of the Head.
My Complaint is that Brian Guyton C-I #179. Took me in his truck, mislead me to Believe that we was going to Repo a Car, And that he was going to help me get A Car, By Misleading me, force me into a place Where I didn't won't to go. unwillingly, Without my consent, He has A oath as A C-I #179. & Not To infringement upon the life, liberty, property or rights of a Natural being. Since he work for the Agent's I have the right to seek Compensation.

Notary _Ivy Neal_
Notary Expire Nov. 7, 2015

[Notary seal: NOV. 7 2015]

_____ , 2012