FILED IN CHAMBERS
U.S.D.C. Atlanta
OCT 2 9 2013
James N. Hatten, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA :
: CRIMINAL ACTION FILE NO.
v. : 1:12-CR-205-3-ODE-ECS
:
CORNELIUS BERNARD WILSON :

ORDER

This criminal case is before the Court on the Report and Recommendation of United States Magistrate Judge E. Clayton Scofield III filed September 20, 2013 [Doc. 164]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that if this case goes to trial with both Defendant Wilson and his co-Defendant, Woodrow Dixon, jointly, then Defendant Wilson's motion to sever should be granted, based upon the record as it now stands. However, the Magistrate Judge also recommends that a final ruling be deferred until it is apparent that circumstances have not changed and that severance is necessary.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, if this case goes to trial with both Defendant Wilson and his co-Defendant, Woodrow Dixon, jointly, then Defendant Wilson's motion to sever [Doc. 126] will be granted, based upon the record as it now stands. However, a final ruling is DEFERRED until it is apparent that circumstances have not changed and that severance is necessary.

SO ORDERED, this 29 day of October, 2013.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE